IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff  )<br>  )<br>v.  )<br>  )<br>FERNANDO JIMENEZ,  )<br>  )<br>          Defendant.  ) | 8:03MJ147 |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal (Filing No. 2) in the above-captioned case be granted as requested.

DATED this 2nd day of August, 2005.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge